**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Luis Miguel Cueto-Suero<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-10460 pmm |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
15 Nov 2023, 09:51:46, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: c0542ee4f866ba00c8619c6dfc1a85b67ac9b9823e630646863e6d2f96b64761