**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **IN RE:**<br>**LUIS MIGUEL CUETO-SUERO**<br>**DEBTOR** | **CASE NO.  23-10460-pmm**<br>**CHAPTER 13** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                                      FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:            10500 Kincaid Drive, Suite 300
                                                  Fishers, IN 46037-9764

NEW NOTICE ADDRESS:           11988 Exit 5 Parkway, Building 4
                                                  Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:         10500 Kincaid Drive, Suite 300
                                                  Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:        11988 Exit 5 Parkway, Building 4
                                                  Fishers, IN 46037-9739

Dated: August 22, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-9739
Telephone: (855) 690-5900
E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **IN RE:**<br>**LUIS MIGUEL CUETO-SUERO**<br>**DEBTOR** | **CASE NO. 23-10460-pmm**<br>**CHAPTER 13** |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

CHARLES LAPUTKA
LAPUTKA LAW OFFICE
1344 Hamilton St
Allentown PA 18102-4329
*Counsel for Debtor*

SCOTT F. WATERMAN [CHAPTER 13]
2901 Saint Lawrence Ave Ste 100
Reading PA 19606-2265
*Chapter 13 Trustee*

LUIS MIGUEL CUETO-SUERO
3706 Greiner St
Bethlehem PA 18020-2919
*Debtor*

This 22nd Day of August, 2024

                                                 */s/Lorri Beltz*
                                                 Lorri Beltz, Vice President, Default
                                                 Freedom Mortgage Corporation
                                                 11988 Exit 5 Parkway, Building 4
                                                 Fishers, IN 46037-9739
                                                 Telephone: (855) 690-5900
                                                 E-Mail: Bankruptcy@FreedomMortgage.com