| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-10460-PMM

Luis Miguel Cueto-Suero
3706 Griener Street
Bethlehem  PA     18020

Petition Filed Date: 02/16/2023
341 Hearing Date: 03/21/2023
Confirmation Date: 09/28/2023

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $100.00 | | 08/25/2023 | $100.00 | | 09/08/2023 | $100.00 | |
| 09/22/2023 | $100.00 | | 10/06/2023 | $100.00 | | 10/23/2023 | $100.00 | |
| 11/03/2023 | $100.00 | | 11/21/2023 | $100.00 | | 12/01/2023 | $100.00 | |
| 12/15/2023 | $100.00 | | 01/02/2024 | $100.00 | | 01/12/2024 | $100.00 | |
| 03/22/2024 | $100.00 | | 04/05/2024 | $100.00 | | 04/19/2024 | $100.00 | |
| 05/03/2024 | $100.00 | | 05/20/2024 | $1,000.00 | | 05/22/2024 | $306.00 | |
| 06/05/2024 | $306.00 | | 07/08/2024 | $350.00 | | | | |

**Total Receipts for the Period:  $3,562.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,212.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UPSTART NETWORK INC<br>»»  002 | Unsecured Creditors | $31,643.08 | $486.95 | $31,156.13 |
| 3 | TD RETAIL CREDIT SERVICES<br>»»  003 | Unsecured Creditors | $11,645.71 | $179.22 | $11,466.49 |
| 4 | TD RETAIL CREDIT SERVICES<br>»»  004 | Unsecured Creditors | $3,186.07 | $49.03 | $3,137.04 |
| 5 | CAVALRY SPV INVESTMENTS LLC<br>»»  005 | Unsecured Creditors | $3,739.13 | $57.54 | $3,681.59 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  006 | Unsecured Creditors | $7,775.60 | $119.66 | $7,655.94 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»»  007 | Unsecured Creditors | $1,882.19 | $28.96 | $1,853.23 |
| 8 | BMW FINANCIAL SERVICES NA<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER BANK<br>»»  009 | Unsecured Creditors | $2,493.74 | $38.38 | $2,455.36 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $7,275.19 | $111.96 | $7,163.23 |
| 11 | CHASE BANK USA NA<br>»»  011 | Unsecured Creditors | $7,987.77 | $122.92 | $7,864.85 |
| 12 | CHASE BANK USA NA<br>»»  012 | Unsecured Creditors | $3,094.90 | $47.63 | $3,047.27 |

**Chapter 13 Case No. 23-10460-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $4,193.01 | $64.52 | $4,128.49 |
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $2,893.18 | $44.52 | $2,848.66 |
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 015 | Unsecured Creditors | $826.46 | $0.00 | $826.46 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $6,644.72 | $102.25 | $6,542.47 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $1,905.52 | $29.32 | $1,876.20 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,995.42 | $30.71 | $1,964.71 |
| 19 | SPRING OAKS CAPITAL SPV LLC<br>»» 019 | Unsecured Creditors | $17,635.20 | $271.38 | $17,363.82 |
| 20 | SPRING OAKS CAPITAL SPV LLC<br>»» 020 | Unsecured Creditors | $3,709.01 | $57.07 | $3,651.94 |
| 21 | FREEDOM MORTGAGE CORPORATION<br>»» 021 | Mortgage Arrears | $319.05 | $319.05 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,212.00 | Current Monthly Payment: | $306.00 |
| Paid to Claims: | $4,699.07 | Arrearages: | ($140.00) |
| Paid to Trustee: | $500.20 | Total Plan Base: | $17,924.00 |
| Funds on Hand: | $12.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.