**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Luis Miguel Cueto-Suero, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Case No.   23-10460-pmm |
| | : | |
| | : | |

**ORDER SETTING DEADLINE FOR FILING OF STIPULATION**

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #42, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #44);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

**It is hereby ORDERED that:**

1. On or before October 3, 2024, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

09/03/2024
                                                          *Patricia M. Mayer*
                                                          **PATRICIA M. MAYER**
                                                          **U.S. BANKRUPTCY JUDGE**