## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| LUIS MIGUEL CUETO-SUERO<br>　　　　　　　　　　Debtor | CASE NO.: 23-10460-PMM |
| BMW BANK OF NORTH AMERICA<br>　　　　　　　　　　Movant | STIPULATION RESOLVING BMW BANK OF NORTH AMERICA'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY |
| vs | |
| LUIS MIGUEL CUETO-SUERO, and<br>JANERY PERALTA, Codebtor<br>　　　　　　　　　　Respondents | |
| and | |
| SCOTT F. WATERMAN<br>　　　　　　　　　　Trustee | |

### ORDER APPROVING STIPULATION RESOLVING BMW BANK OF NORTH AMERICA'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving BMW Bank of North America's Motion for Relief from Automatic Stay and Codebtor Stay is approved.

**Date: September 9, 2024**

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge