| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-10460-PMM**

Luis Miguel Cueto-Suero
3706 Griener Street
Bethlehem  PA    18020

Petition Filed Date: 02/16/2023
341 Hearing Date: 03/21/2023
Confirmation Date: 09/28/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $350.00 | | 09/10/2024 | $350.00 | | 10/08/2024 | $350.00 | |
| 11/07/2024 | $350.00 | | 12/09/2024 | $350.00 | | 01/08/2025 | $350.00 | |
| 02/10/2025 | $355.00 | | 03/07/2025 | $350.00 | | 04/08/2025 | $350.00 | |
| 05/07/2025 | $350.00 | | 06/09/2025 | $350.00 | | 07/09/2025 | $350.00 | |

**Total Receipts for the Period:  $4,205.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,417.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UPSTART NETWORK INC »» 002 | Unsecured Creditors | $31,643.08 | $1,506.75 | $30,136.33 |
| 3 | TD RETAIL CREDIT SERVICES »» 003 | Unsecured Creditors | $11,645.71 | $554.53 | $11,091.18 |
| 4 | TD RETAIL CREDIT SERVICES »» 004 | Unsecured Creditors | $3,186.07 | $151.70 | $3,034.37 |
| 5 | CAVALRY SPV INVESTMENTS LLC »» 005 | Unsecured Creditors | $3,739.13 | $178.03 | $3,561.10 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Unsecured Creditors | $7,775.60 | $370.27 | $7,405.33 |
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $1,882.19 | $84.45 | $1,797.74 |
| 8 | BMW FINANCIAL SERVICES NA »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER BANK »» 009 | Unsecured Creditors | $2,493.74 | $118.73 | $2,375.01 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $7,275.19 | $346.42 | $6,928.77 |
| 11 | CHASE BANK USA NA »» 011 | Unsecured Creditors | $7,987.77 | $380.36 | $7,607.41 |
| 12 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $3,094.90 | $147.37 | $2,947.53 |
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $4,193.01 | $199.67 | $3,993.34 |
| 14 | CITIBANK NA »» 014 | Unsecured Creditors | $2,893.18 | $137.78 | $2,755.40 |

**Chapter 13 Case No. 23-10460-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»»  015 | Unsecured Creditors | $826.46 | $32.54 | $793.92 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  016 | Unsecured Creditors | $6,644.72 | $316.38 | $6,328.34 |
| 17 | LVNV FUNDING LLC<br>»»  017 | Unsecured Creditors | $1,905.52 | $90.76 | $1,814.76 |
| 18 | LVNV FUNDING LLC<br>»»  018 | Unsecured Creditors | $1,995.42 | $95.03 | $1,900.39 |
| 19 | SPRING OAKS CAPITAL SPV LLC<br>»»  019 | Unsecured Creditors | $17,635.20 | $839.71 | $16,795.49 |
| 20 | SPRING OAKS CAPITAL SPV LLC<br>»»  020 | Unsecured Creditors | $3,709.01 | $176.60 | $3,532.41 |
| 21 | FREEDOM MORTGAGE CORPORATION<br>»»  021 | Mortgage Arrears | $319.05 | $319.05 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,417.00 | Current Monthly Payment: | $306.00 |
| Paid to Claims: | $8,584.13 | Arrearages: | ($673.00) |
| Paid to Trustee: | $820.90 | Total Plan Base: | $17,924.00 |
| Funds on Hand: | $11.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.