UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Luis Miguel Cueto-Suero, Debtor | : | Chapter 13 |
| | : | Case No. 23-10460-pmm |

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #61, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #63);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before September 14, 2026, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.
2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

08/14/2026

Patricia M. Mayer
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE