Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Luis Miguel Cueto-Suero
3706 Griener Street
Bethlehem, PA 18020

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-10460-PMM**

Petition Filed Date: 02/16/2023
341 Hearing Date: 03/21/2023
Confirmation Date: 09/28/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $350.00 | | 09/10/2025 | $350.00 | | 10/13/2025 | $350.00 | |
| 11/12/2025 | $350.00 | | 12/10/2025 | $350.00 | | 01/09/2026 | $350.00 | |
| 02/10/2026 | $350.00 | | 03/10/2026 | $350.00 | | 04/09/2026 | $350.00 | |
| 05/11/2026 | $350.00 | | 06/10/2026 | $350.00 | | 07/09/2026 | $350.00 | |

**Total Receipts for the Period: $4,200.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $13,617.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UPSTART NETWORK INC<br>»» 002 | Unsecured Creditors | $31,643.08 | $2,526.53 | $29,116.55 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 003 | Unsecured Creditors | $11,645.71 | $929.84 | $10,715.87 |
| 4 | TD RETAIL CREDIT SERVICES<br>»» 004 | Unsecured Creditors | $3,186.07 | $254.38 | $2,931.69 |
| 5 | CAVALRY SPV INVESTMENTS LLC<br>»» 005 | Unsecured Creditors | $3,739.13 | $298.51 | $3,440.62 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $7,775.60 | $620.85 | $7,154.75 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $1,882.19 | $145.22 | $1,736.97 |
| 8 | BMW FINANCIAL SERVICES NA<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER BANK<br>»» 009 | Unsecured Creditors | $2,493.74 | $199.05 | $2,294.69 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $7,275.19 | $580.88 | $6,694.31 |
| 11 | JP MORGAN CHASE BANK NA<br>»» 011 | Unsecured Creditors | $7,987.77 | $637.79 | $7,349.98 |
| 12 | JP MORGAN CHASE BANK NA<br>»» 012 | Unsecured Creditors | $3,094.90 | $247.16 | $2,847.74 |

**Chapter 13 Case No. 23-10460-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $4,193.01 | $334.82 | $3,858.19 |
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $2,893.18 | $230.98 | $2,662.20 |
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 015 | Unsecured Creditors | $826.46 | $63.82 | $762.64 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $6,644.72 | $530.52 | $6,114.20 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $1,905.52 | $152.20 | $1,753.32 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,995.42 | $159.36 | $1,836.06 |
| 19 | SPRING OAKS CAPITAL SPV LLC<br>»» 019 | Unsecured Creditors | $17,635.20 | $1,408.07 | $16,227.13 |
| 20 | SPRING OAKS CAPITAL SPV LLC<br>»» 020 | Unsecured Creditors | $3,709.01 | $296.12 | $3,412.89 |
| 21 | FREEDOM MORTGAGE CORPORATION<br>»» 021 | Mortgage Arrears | $319.05 | $319.05 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,617.00 | Current Monthly Payment: | $306.00 |
| Paid to Claims: | $12,473.15 | Arrearages: | ($1,201.00) |
| Paid to Trustee: | $1,136.60 | Total Plan Base: | $17,924.00 |
| Funds on Hand: | $7.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.