**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>LUIS MIGUEL CUETO-SUERO<br>Debtor | Case No. 23-10460-pmm |
| Freedom Mortgage Corporation,<br>Movant<br><br>vs.<br>LUIS MIGUEL CUETO-SUERO<br>And<br>ADRIANO D. CUETO, (NON-FILING CO-DEBTOR)<br>Respondents | Chapter 13<br><br>11 U.S.C. §362 and §1301 |

**ORDER**

**AND NOW**, this 21st day of September, 2026, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

Patricia M. Mayer

Patricia M. Mayer
BANKRUPTCY JUDGE