United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Luis Miguel Cueto-Suero
Debtor

Case No. 23-10460-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2
Date Rcvd: Sep 21, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Miguel Cueto-Suero, 3706 Griener Street, Bethlehem, PA 18020-2919 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHARLES LAPUTKA | on behalf of Debtor Luis Miguel Cueto-Suero ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | |

ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>LUIS MIGUEL CUETO-SUERO<br>Debtor | Case No. 23-10460-pmm |
| Freedom Mortgage Corporation,<br>Movant<br><br>vs.<br>LUIS MIGUEL CUETO-SUERO<br>And<br>ADRIANO D. CUETO, (NON-FILING CO-DEBTOR)<br>Respondents | Chapter 13<br><br>11 U.S.C. §362 and §1301 |

**ORDER**

**AND NOW**, this 21st day of September , 2026, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

Patricia M. Mayer
BANKRUPTCY JUDGE